IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00664-DME-MJW

TIMOTHY WAYNE HOUK, individually;
LINDA LUANNE ENGLISH, individually;
LIBERTY MUTUAL INSURNCE COMPANY, as subrogee of Timothy Wayne Houk;

      Plaintiffs,

v.

GARY BEARD, d/b/a Handyman Services;
DAP PRODUCTS, INC., a Maryland corporation,

      Defendants.

## ORDER

Pursuant to the Stipulation for Dismissal of Plaintiffs Timothy Wayne Houk and Linda Luanne English's claims against Defendant, Gary Beard d/b/a Handyman Services, dated June 8, 2011, it is hereby ordered that said claims are hereby dismissed, with prejudice, each party to pay their own costs and attorney fees.

DATED this 15th day of June, 2011.

BY THE COURT:

*David M. Ebel*

U. S. Circuit Court Judge