IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00664-DME-MJW

LIBERTY MUTUAL INSURNCE COMPANY, as subrogee of Timothy Wayne Houk;

    Plaintiffs,

v.

GARY BEARD, d/b/a Handyman Services,

    Defendant.

## ORDER

Pursuant to the Stipulation for Dismissal of Plaintiff Liberty Mutual Insurance Company's Claims Against Defendant Gary Beard d/b/a Handyman Services [Doc. No. 37], it is hereby ordered that said claims are dismissed with prejudice, each party to pay their own costs and attorney fees.   This case is dismissed in its entirety.

DATED this 15th day of July, 2011.

BY THE COURT:

*David M. Ebel*

U. S. Circuit Court Judge